**LEVENTHAL & KLEIN, LLP**
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

October 7, 2011

**BY ECF**

The Honorable Roanne L. Mann
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Sheldon Herring v. City of New York, et al.*, 11 CV 1741 (FB) (RLM)
     *Sheldon Herring v. City of New York, et al.*, 11 CV 2281 (KAM)(RLM)

Dear Magistrate Judge Mann:

  I represent the plaintiff in the above-referenced civil rights actions. I write to request that plaintiff's time to amend the pleadings in each action be extended from October 3, 2011 to October 17, 2011. I have attempted to reach defendants' counsel each via phone and/or email today. However, I have not heard back from them. Because I will be out of the country from tomorrow through next Wednesday, I thought it would be best to make this request today rather than waiting until late next week. Although I was unable to obtain the position of defendants' counsel as of the filing of this request, based on past dealings the City's Law Department, I would not expect that there would be any opposition under the circumstances.

  If the Court were inclined to grant this request, it would not impact any other deadlines in the scheduling order that governs both actions. This is the first such request by the plaintiff.

  Thank you for your consideration.

Respectfully,

Brett H. Klein

cc: Brian Francolla, Esq.
   Brenda Cooke, Esq.
   Mark S. Mixson, Esq.